**Order filed March 26, 2020**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-19-00595-CV
_____

**CHARLIE JONES, Appellant**

**V.**

**US BANK TRUST N.A., Appellee**

---

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1134285**

---

## O R D E R

Appellant's brief was due December 5, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 27, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.